646

Maximilian J. St. George and Henry Wm. Lescher,
Appellees, v. One LaSalle Company, Appellant.

Gen. No. 44,101.

opinion filed February 17, 1948; released for publication March 9, 1948. Sonnenschein, Berkson, Lautmann, Levinson & Morse, for appellant; Bernard Nath, John J. Faissler, Edwin A. Rothschild and Isaac E. Ferguson, of counsel; Maximilian J. St. George and Henry Wm. Lescher, *pro se*. Opinion by JUSTICE SCANLAN. Not to be published in full.